■ In the Matter of 161 William Associates, Appellant, v

NEW YORK CITY LOFT BOARD, Respondent. WANDA COFFEE et al., Intervenors-Respondents.

Concur—
Ross, J. P., Carro, Rosenberger, Wallach and Smith, JJ.